UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CAPPS,

    Petitioner,

    v.

JAMES HILL, Warden,

    Respondent.

No.  2:25-cv-1047 WBS AC P

ORDER

Petitioner is a California state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 2, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 21. Petitioner filed objections to the findings and recommendations (ECF No. 23), to which respondent has replied (ECF No. 24).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 21) are adopted in full.

2.  The petition for writ of habeas corpus is denied.

3.  For the reasons set forth in the magistrate judge's findings and recommendations, the court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

4.  The Clerk of the Court is directed to close this case.

Dated:  January 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2